# EXHIBIT G



**U.S. Department of Justice**
Federal Bureau of Investigation
Philadelphia Division/Harrisburg Resident Agency
228 Walnut Street, Room 674
Harrisburg, PA 17108
Phone: (717) 213-2311
Fax: (717) 213-2333

July 16, 2014

Joseph Prociak
Pollock Enterprises
339 Hwy 315
Pittston, PA 18640

RE: Case Number: 196D-PH-4122135

Dear Joseph Prociak:

You have been designated to receive notifications for Pollock Enterprises.

As a Victim Specialist with the FBI, I'm contacting you because we have identified Pollock Enterprises as a possible victim of a federal crime. This case is currently under investigation by the FBI.

Current information regarding the status of your case can be found on the Internet at https://www.notify.usdoj.gov or by calling the Victim Notification System (VNS) Call Center at 1-866-DOJ-4YOU (1-866-365-4968). You will need to enter your Victim Identification Number (VIN) and your Personal Identification Number (PIN) anytime you contact the Call Center and the first time you log into VNS on the Internet. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Pollock Enterprises.

You can also use the Call Center and the Internet to correct/update your contact information and/or change your decision regarding participation in the notification system. Your participation in this notification system is totally voluntary. You can choose not to participate or reactivate your access at any time. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

For many VNS registrants email will provide the most timely notification. VNS does not currently have an email address for you. You can provide VNS an email address by accessing the VNS Internet Web page using the login information provided above. By entering your email as part of the VNS registration process future notifications will be delivered by email, except in rare circumstances when you might also receive a letter from VNS.

If you have additional questions related to this matter, please contact me at (717) 213-2311. When you call, please provide the file number located at the top of this letter.

Sincerely,

Melissa Howley
FBI Victim Specialist
Middle District of Pennsylvania