MANNING CURTIS BRADSHAW
   & BEDNAR PLLC
Sammi V. Anderson, USB #9543
sanderson@mc2b.com
James E. Ji, USB #12352
jji@mc2b.com
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone (801) 363-5678
Facsimile (801) 364-5678

*Attorneys for Plaintiff Nationwide Car Sales, Ltd.*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| NATIONWIDE CAR SALES, LTD.,<br><br>               Plaintiff,<br><br>vs.<br><br>LEWIS TRANSPORTATION GROUP, LLC, LEWIS VENTURES, LLC, LEWIS MANAGEMENT, INC., GARY LEWIS, PATRICK LEWIS, and DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,<br><br>               Defendants. | **NOTICE OF DISMISSAL**<br><br>Civil No. 2:14-cv-00878-TC<br><br>Judge Tena Campbell |

Plaintiff Nationwide Car Sales, Ltd. ("Plaintiff") hereby gives notice of its voluntary dismissal of all claims against Defendant Gary Lewis ("Lewis") in the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  This notice of dismissal of the claims against Mr. Lewis is filed by Plaintiff in accordance with the settlement agreement between Plaintiff and Lewis that was approved by the U.S. Bankruptcy Court for the Middle District of Florida on August 29, 2016 (Adv. Pro. No. 9:15-ap-00303-FMD; Doc. No. 36).

Plaintiff hereby gives further notice of its voluntary dismissal of all claims against Defendants Lewis Transportation Group, LLC, Lewis Ventures, LLC, Lewis Management, Inc., and Dollar Thrifty Automotive Group, Inc. in the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).[1]

Contemporaneously herewith, Plaintiff has filed a Stipulation to Dismiss Defendant Patrick Lewis From This Action, which stipulates to the dismissal of the only other Defendant, Patrick Lewis, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the Complaint has now been voluntarily dismissed as to all Defendants.

DATED this 23rd day of September, 2016.

Respectfully submitted,

MANNING CURTIS BRADSHAW
 & BEDNAR PLLC

/s/ James E. Ji
_____
Sammi V. Anderson
James E. Ji
*Attorneys for Plaintiff Nationwide Car Sales, Ltd.*

---

[1] This Court, in *Van Leeuwen v. Bank of Am., N.A.*, 304 F.R.D. 691, 697 (D. Utah 2015), held that a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure is an appropriate mechanism by which a plaintiff may voluntarily dismiss all the claims against any one of multiple defendants.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL** to be served in the method indicated below to the below-named individuals on this 23rd day of September, 2016.

___Hand Delivery          Gary A. Dodge
___U.S. Mail          Phillip J. Russell
___OVERNIGHT MAIL          HATCH JAMES & DODGE, P.C.
___FAX Transmission          10 West Broadway, Suite 400
___E-MAIL Transmission          Salt Lake City, Utah 84101
_x_USDC ECF Transmission          *Attorneys for Defendant Dollar Thrifty Automotive Group, Inc.*

___Hand Delivery          Patrick Lewis
___U.S. Mail          plewis@ltg4.com
___OVERNIGHT MAIL
___FAX Transmission
_x_E-MAIL Transmission
___USDC ECF Transmission

/s/ James E. Ji
_____